# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>IMA NORTH AMERICA INC.,<br><br>Defendant. | Adv. Proc. No. 25-50252 (KBO)<br><br><br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for IMA North America, Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 28, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 28, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4. The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.

Dated: May 19, 2025

| **Saul Ewing LLP** | **Mirick, O'Connell, DeMallie & Lougee, LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/*Shannah L. Colbert* |
| Evan T. Miller (DE Bar No. 5364) | Shannah L. Colbert, Esq. |
| Paige N. Topper (DE Bar No. 6470) | 1800 West Park Drive |
| 1201 N. Market Street, Suite 2300 | Westborough, MA, 01581-3926 |
| Wilmington, DE 19801 | Telephone (508) 898-1501 |
| Telephone: (302) 421-6800 | Facsimile (508).898-1502 |
| evan.miller@saul.com | scolbert@micricklaw.com |
| paige.topper@saul.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |